IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Bonilla, Patricia S | Case Number: 05 B 37599 |
| | Judge: Hollis, Pamela S |
| Printed: 01/22/09 | Filed: 9/15/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: December 31, 2008
Confirmed: November 7, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 29,250.00 | |
| Secured: | | 10,963.66 |
| Unsecured: | | 16,239.46 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 1,596.88 |
| Other Funds: | | 450.00 |
| Totals: | 29,250.00 | 29,250.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Stuart B Handelman | Administrative | 0.00 | 0.00 |
| 2. | Industrial Acceptance Corp | Secured | 713.53 | 713.53 |
| 3. | Dell Financial Services, Inc | Secured | 204.15 | 204.15 |
| 4. | Hinsdale Bank & Trust | Secured | 10,045.98 | 10,045.98 |
| 5. | RoundUp Funding LLC | Unsecured | 25.12 | 126.94 |
| 6. | Discover Financial Services | Unsecured | 678.12 | 3,427.13 |
| 7. | ECast Settlement Corp | Unsecured | 30.31 | 153.19 |
| 8. | RoundUp Funding LLC | Unsecured | 21.72 | 109.76 |
| 9. | Credit First | Unsecured | 64.79 | 327.46 |
| 10. | Marshall Field & Company | Unsecured | 82.60 | 417.42 |
| 11. | ECast Settlement Corp | Unsecured | 33.53 | 169.42 |
| 12. | Hinsdale Bank & Trust | Unsecured | 16.88 | 85.31 |
| 13. | RoundUp Funding LLC | Unsecured | 268.80 | 1,358.47 |
| 14. | Resurgent Capital Services | Unsecured | 187.59 | 948.08 |
| 15. | World Financial Network Nat'l | Unsecured | 131.78 | 665.98 |
| 16. | SMC Collections | Unsecured | 35.03 | 177.08 |
| 17. | Resurgent Capital Services | Unsecured | 75.90 | 383.57 |
| 18. | Resurgent Capital Services | Unsecured | 723.60 | 3,656.89 |
| 19. | Resurgent Capital Services | Unsecured | 229.29 | 1,158.76 |
| 20. | Resurgent Capital Services | Unsecured | 344.58 | 1,741.43 |
| 21. | ECast Settlement Corp | Unsecured | 263.68 | 1,332.57 |
| 22. | Bank Of America | Unsecured | | No Claim Filed |
| 23. | Cingular Wireless | Unsecured | | No Claim Filed |
| | | | $ 14,176.98 | $ 27,203.12 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Bonilla, Patricia S

Printed: 01/22/09

Case Number:  05 B 37599
Judge:  Hollis, Pamela S
Filed:  9/15/05

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 352.00 |
| 5% | 160.00 |
| 4.8% | 190.82 |
| 5.4% | 475.24 |
| 6.5% | 337.46 |
| 6.6% | 81.36 |
|  | $ 1,596.88 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

